# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Patricia Brown,<br><br>　　　　Plaintiff<br><br>　　v.<br><br>Carolyn W. Colvin, Acting Commissioner of Social Security Administration,<br><br>　　　　Defendant | Case No.: 2:14-cv-00616-JAD-CWH<br><br>**Order Adopting Report and Recommendation [Doc. 4] and Dismissing Action** |

　　On April 23, 2014, Magistrate Judge Hoffman entered an order dismissing plaintiff's complaint without prejudice and with leave to amend. Doc. 3. He ordered plaintiff to file an amended complaint correcting the deficiencies noted in the dismissal order within 30 days. *Id*. Plaintiff did not file an amended complaint. Accordingly, on June 9, 2014, Magistrate Judge Hoffman entered findings and a recommendation that recommends that this court dismiss this action with prejudice and close this case. Doc. 4. Plaintiff had 14 days to object to the recommendation; she filed no objection. "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed." *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003). *See also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). Accordingly, and with good cause appearing,

　　It is hereby ORDERED that Magistrate Judge Hoffman's findings and recommendation **[Doc. 4] are ADOPTED**;

1

1     This action is dismissed with prejudice.[1]  The Clerk of Court is directed to close this case.

2     DATED July 30, 2014.

                                                    _____
                                                  Jennifer A. Dorsey
                                                  United States District Judge

---

[1] The court also notes that the Findings and Recommendation were mailed to plaintiff but returned undelivered.  *See* Doc. 6.  Nevada Local Special Rule 2-2 provides, "[t]he plaintiff shall immediately file with the Court written notification of any change of address. The notification must include proof of service upon each opposing party or the party's attorney. Failure to comply with this Rule may result in dismissal of the action with prejudice."  Nev. Loc. Special R. 2-2.  Plaintiff's failure to immediately file with the Court a notification of her change of address is an additional justification for dismissal with prejudice.